■ In the Matter of WILLIAM MIRANDA, Petitioner, v RALPH FABRIZIO et al., Respondents. [877 NYS2d 228]—Application for an

order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs and disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Andrias, Buckley and DeGrasse, JJ.